IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES E. JONES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA DHHS, CHRISTOPHER D. SEIFERT, DR. RAJEEV CHATTARVETI, and DR. KATHLEEN BARRETT,<br><br>　　　　　Defendants. | 4:22CV3172<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis ("IFP") filed on September 21, 2022. Filing No. 7. The Court granted Plaintiff leave to proceed IFP in this matter on September 20, 2022, Filing No. 6, based on Plaintiff's IFP motion filed on September 14, 2022, Filing No. 5. Accordingly,

IT IS ORDERED that: Plaintiff's Motion for Leave to Proceed IFP, Filing No. 7, is denied as moot.

Dated this 21st day of September, 2022.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Bataillon*

　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge